# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DARCY CHURCH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AHMAD R. CHATILA and BRIAN WUEBBELS,<br><br>Defendants. | No.: 4:16-cv-00628-CEJ<br><br>NOTICE OF MOTION AND MOTION OF DON HARRIS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL |

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on a date and time as may be set by the Court, at the United States District Court for the Eastern District of Missouri, Don Harris ("Harris") will respectfully move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for the entry of an Order: (1) appointing Harris as Lead Plaintiff on behalf of all persons and entities that purchased or otherwise acquired the publicly traded securities of Vivint Solar, Inc. between July 20, 2015 and March 7, 2016, both dates inclusive; (2) approving Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel and Wehrle Law LLC as Liaison Counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper.

In support of this Motion, Harris submits a Memorandum of Law, the Declaration of Chris Wehrle filed herewith, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

Dated:  July 5, 2016

                                           Respectfully submitted,

**WEHRLE LAW LLC**

By:  */s/ Chris Wehrle*
J. Christopher Wehrle, #45592MO
9909 Clayton Road
Suite 226
St. Louis, Missouri 63124
Telephone:  (314) 254-0111
Facsimile:  (314) 216-3700
Email:  chris@wehrlelaw.com

*Counsel for Movant and*
*Proposed Liaison Counsel for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email:  jalieberman@pomlaw.com
Email:  ahood@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email:  pdahlstrom@pomlaw.com

*Counsel for Movant and*
*Proposed Lead Counsel for the Class*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq.
Laurence M. Rosen, Esq.
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile:  (212) 202-3827
Email:  pkim@rosenlegal.com
          lrosen@rosenlegal.com

*Additional Counsel for Movant*