AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Church | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No.  1:16-cv-07962-PKC |
| Chatila, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lead Plaintiff Movant, Don Harris

Date: 11.17.16

*Attorney's signature*

Murielle J. Steven Walsh (MS 6865)
*Printed name and bar number*

POMERANTZ LLP
600 Third Avenue
Floor 20
New York, New York 10016
*Address*

mjsteven@pomlaw.com
*E-mail address*

(212) 661-1100
*Telephone number*

(917) 463-1044
*FAX number*