

SIDLEY AUSTIN LLP
555 CALIFORNIA STREET
SUITE 2000
SAN FRANCISCO, CA 94104
+1 415 772 1200
+1 415 772 7400 FAX

BEIJING
BOSTON
BRUSSELS
CENTURY CITY
CHICAGO
DALLAS
GENEVA

HONG KONG
HOUSTON
LONDON
LOS ANGELES
MUNICH
NEW YORK
PALO ALTO

SAN FRANCISCO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
WASHINGTON, D.C.

sbrody@sidley.com
+1 415 772 1279

FOUNDED 1866

June 9, 2017

<u>Via ECF</u>

Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *In re: SunEdison, Inc., Securities Litigation*,
               No. 1:16-md-02742-PKC

Dear Judge Castel:

      We write on behalf of Defendants[1] regarding the motions to dismiss filed today in the following actions (collectively, the "Motions"): *Horowitz, et al. v. SunEdison, Inc., et al.*, 1:16-cv-07917-PKC, *Church v. Chatila, et al.*, 1:16-cv-07962-PKC, *In re Terraform Global, Inc. Securities Litig.*, 16-cv-07967-PKC; *Chamblee, et al. v. TerraForm Power, Inc. et al.*, 1:16-cv-08039-PKC.

      Defendants have coordinated to the fullest extent possible to ensure efficient discussion of the overlapping factual issues, legal standards, and legal arguments in the Motions. Certain of the briefs refer to or rely on discussions in other briefs on these shared points. Defendants therefore recommend that the Court read the Motions in the following order:

1. *Horowitz* Defendants' Joint Motion To Dismiss Plaintiffs' Claims Under Sections 11, 12(a)(2), And 15 Of The Securities Act Of 1933

2. *Horowitz* Exchange Act Defendants Motion to Dismiss Second Amended Consolidated Securities Class Action Complaint

3. *Horowitz* Defendant KPMG Motion to Dismiss Second Amended Consolidated Securities Class Action Complaint

4. *Church* Defendants' Motion to Dismiss Second Amended Complaint

---

[1] Defendants are listed below in the signature blocks.

Sidley Austin (CA) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

# SIDLEY AUSTIN LLP
# SIDLEY

Hon. P. Kevin Castel
June 9, 2017
Page 2

    5. *In re TerraForm Global, Inc.* Defendants' Motion to Dismiss the Consolidated Second Amended Class Action Complaint

    6. *Chamblee* Defendants' Motion to Dismiss Second Amended Complaint

In connection with the Motions, Defendants have also filed the Omnibus Declaration of Jaime A. Bartlett In Support of Defendants' Motions. This Omnibus Declaration contains all of the exhibits cited by Defendants in the Motions in order to eliminate duplicative exhibits and further aid in the efficient review of the Motions.

Finally, pursuant to the Court's Individual Practices, subsection F, Defendants request oral argument on each of these motions.

Respectfully submitted,

By:   */s/ Sara B. Brody*
    Sara B. Brody
    SIDLEY AUSTIN LLP
    555 California Street, Suite 2000
    San Francisco, California 94104
    Telephone: (415) 772-1200
    Facsimile: (415) 772-7400
    sbrody@sidley.com

    *Attorneys for Individual Defendants Antonio R. Alvarez, Jeremy Avenier, Ahmad Chatila, Clayton Daley, Jr., Emmanuel Hernandez, Georganne C. Proctor, Steven Tesoriere, Martin Truong, James B. Williams, Brian Wuebbels, and Randy H. Zwirn*

By:   */s/ Timothy Perla*
    Timothy Perla
    Michael Bongiorno
    WILMER CUTLER PICKERING HALE AND DORR LLP
    60 State Street
    Boston, Massachusetts 02109
    Telephone: (617) 526-6000
    Facsimile: (617) 526-5000
    Timothy.Perla@wilmerhale.com



Hon. P. Kevin Castel
June 9, 2017
Page 3

         Michael.Bongiorno@wilmerhale.com

         *Attorneys for Individual Defendant Peter Blackmore, TerraForm Global, Inc., and TerraForm Power, Inc.*


By: */s/ Adam S. Hakki*
   Adam S. Hakki
   Daniel C. Lewis
   Adam J. Goldstein
   SHEARMAN & STERLING LLP
   599 Lexington Avenue
   New York, New York 10022-6069
   Telephone:  (212) 848-4000
   Facsimile:  (212) 848-4924
   ahakki@shearman.com
   daniel.lewis@shearman.com
   adam.goldstein@shearman.com

   *Attorneys for the Underwriter Defendants*


By: */s/ Charles Wm. McIntyre*
   Charles Wm. McIntyre (admitted *pro hac vice*)
   Jessica E. Morrison (admitted *pro hac vice*)
   MCGUIREWOODS LLP
   2001 K Street, NW, Suite 400
   Washington, DC 20006
   Telephone:  (202) 857-1700
   Facsimile: (202) 857-2959
   cmcintyre@mcguirewoods.com
   jmorrison@mcguirewoods.com

   *Attorneys for KPMG LLP*

# SIDLEY

Hon. P. Kevin Castel
June 9, 2017
Page 4

                              By:    /s/ *Daniel Bookin*
                                      Daniel Bookin
                                      O'MELVENY & MYERS LLP
                                      Two Embarcadero Center
                                      28th Floor
                                      San Francisco, CA 94111
                                      Tel:  (415) 984-8700
                                      Fax:  (414) 984-8701
                                      dbookin@omm.com

                                      *Attorneys for Defendant Alejandro Hernandez*


                              By:    /s/ *Kevin J. O'Connor*
                                      Kevin J. O'Connor (pro hac vice)
                                      Victoria P. Lane (Bar No. 4141818)
                                      Rhiannon A. Campbell (pro hac vice)
                                      HINCKLEY ALLEN & SNYDER LLP
                                      28 State Street
                                      Boston, MA 02109
                                      t: (617) 345-9000
                                      f: (617) 345-9020
                                      koconnor@hinckleyallen.com
                                      vlane@hinckleyallen.com
                                      rcampbell@hinckleyallen.com

                                      *Attorneys for Defendants Carlos Domenech*
                                      *Zornoza and Franciso Perez Gundin*


cc:  All Counsel of Record (via ECF)